

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00134-CR

Shaun Eric **BRANSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR12604
Honorable Ron Rangel, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 12, 2013.

Karen Angelini, Justice